# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA PICKERN, | No. 2:13-CV-2469-KJM-CMK |
| Plaintiff, | |
| vs. | ORDER |
| STEVE DECLERCK ENTERPRISES, INC., | |
| Defendant. | |
| _____/ | |

Plaintiff brings this civil action. A settlement conference is scheduled for July 10, 2014, at 10:00 a.m. in Redding, California, before the undersigned. The parties are directed to each submit a confidential settlement conference statement <u>directly to chambers</u> by June 30, 2014. These statements <u>shall not be filed</u>. Unless otherwise notified by the undersigned, counsel shall be accompanied by a person able to dispose of the case or be fully authorized to

/ / /

/ / /

/ / /

/ / /

settle the matter on any terms.  <u>See</u> Local Rule 270(f)(1).  Concurrent with their settlement conference statement, the parties shall execute and <u>file</u> the attached Waiver of Disqualification.

     IT IS SO ORDERED.

DATED:  June 18, 2014

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRENDA PICKERN,<br>         Plaintiff,<br>     vs.<br>STEVE DECLERCK ENTERPRISES,<br>INC.,<br>         Defendant.<br>_____/ | No. 2:13-CV-2469-KJM-CMK<br><br>ORDER |

WAIVER OF DISQUALIFICATION

Pursuant to Eastern District of California Local Rule 270(b), the parties to the herein action affirmatively request that the assigned Magistrate Judge participate in the settlement conference and further, the parties waive any claim of disqualification to Judge
/ / /
/ / /
/ / /
/ / /
/ / /
Kellison thereafter hearing and determining matters in this case in accordance with 28 U.S.C. § 636(b)(1) and Eastern District of California Local Rule 302.

DATED: _____

By:   For Plaintiff(s)

DATED: _____

By:   For defendant(s)